IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLIA JACOBS
on behalf of W.R.J.[1]                                                          PLAINTIFF

v.                                      4:10CV00083 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter on this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 20th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Claimant is a minor.  (Tr. 281)  In accordance with Fed. R. Civ. P. 5.2(a), only his initials should be used in Court filings.